McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (202) 514-0179

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYAW KYAW AUNG, ) | CV 07-S-CV-1854-LKK-GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATED MOTION |
| v. ) | FOR AN EXTENSION OF TIME TO |
| ) | RESPOND TO THE COMPLAINT |
| U.S. CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendants, by his undersigned counsel, respectfully move, for an additional forty-five (45) days to file the defendants' response to plaintiff's complaint, to and including December 28, 2007.

In his complaint, plaintiff alleges defendants have failed to timely process his application for adjustment of status. Agency officials have advised Government counsel that a notice of intent to deny the application was issued on October 29, 2007.[1] Plaintiff has until November 28, 2007, to respond to the notice. Following receipt of plaintiff's response, if any, defendants will conclude the adjudication of the application. Thus, plaintiff's application is in the last stages of adjudication. Accordingly, defendants

---

[1] Government counsel learned of the issuance of the notice of intent to deny the application after the parties filed their joint status report, wherein the parties proposed a briefing schedule.

request an extension of the time in which to file their response to the complaint. Defendants further request the Court stay the status conference currently scheduled for November 13, 2007, until defendants file their response to the complaint. This is defendants' first request for an extension in this case. Plaintiff's counsel consents to this motion.

Dated: November 8, 2007               Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                       /s/ Ada E. Bosque
                                      ADA E. BOSQUE
                                      Department of Justice

O R D E R

Pursuant to this Request for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that defendants' deadline to file a response to the complaint is extended until December 28, 2007. IT IS FURTHER ORDERED that the November 13, 2007, status conference date is continued to January 22, 2008 at 1:30 p.m.

DATED: November 9, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT