McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYAW KYAW AUNG,<br><br>   Plaintiff,<br><br>   v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>   Defendants. | No. 07-CV-S-1854 LKK GGH<br><br>JOINT STIPULATION RE: SECOND EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

   This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for adjustment of status by U.S. Citizenship and Immigration Services (CIS).  On January 3, 2008, this Court granted a previous stipulated extension of time in which to file the government's answer to the complaint, until February 11, 2008.  The parties respectfully inform the Court that they are still endeavoring to reach a resolution to the matter at the administrative level.  Accordingly, the parties stipulate to a second extension of time in which to file the government's answer to the complaint, until April 11, 2008.  The parties also request that the scheduling conference, currently set for February 25, 2008, be reset until sometime after the new answer date.

Dated: January 30, 2008

                              McGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/Audrey Hemesath
                              Audrey B. Hemesath

-1-

               Assistant U.S. Attorney
               Attorneys for the Defendants

        By:  /s/ Robert B. Jobe
            Robert B. Jobe
            Attorney for the Plaintiff

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to April 11, 2008, and that the scheduling conference is reset to April 28, 2008 at 10:30 a.m..

IT IS SO ORDERED.

DATED: February 1, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT