Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 956-0850
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYAW KYAW AUNG, | No.   07-S-CV-1854 LKK GGH |
| Plaintiff, | ORDER |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | DHS Alien Number: 79-565-957 |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED:  February 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order